# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LYAH H. THACH,                                    : No. 178 EM 2014
:
               Respondent                 :
:
:
          v.                               :
:
:
ABINGTON MEMORIAL HOSPITAL,         :
:
               Petitioner                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of March, 2015, the Petition for Review is **DENIED**.